**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6377

JAMES A. BUTLER,

Plaintiff - Appellant,

versus

STEPHEN DEWALT, Warden; CONTROLLER IN BUSINESS
OFFICE, DAY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.   (CA-04-3388-WMN)

Submitted:  August 31, 2005          Decided:  October 4, 2005

Before LUTTIG, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Butler, Appellant Pro Se.  John Walter Sippel, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals the district court's order denying Butler's petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Butler v. DeWalt, No. CA-04-3388-WMN (D. Md. filed Feb. 16, 2005 & entered Feb. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED